IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALLEN NEIGHBORS,

    Plaintiff,                               No. CIV S-05-0156 GEB GGH P

    vs.

QUENTIN CAMPBELL, et al.,

    Defendants.                         <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of April 1, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 29, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 5/9/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
neig0156.36