IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALLEN NEIGHBORS,

      Plaintiff,               No. CIV S-05-0156 GEB GGH P

     vs.

QUENTIN CAMPBELL, et al.,

      Defendants.        ORDER

_____/

        Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of April 1, 2005.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's June 1, 2005 second request for an extension of time is granted; and

        2. Plaintiff shall file an amended complaint on or before July 6, 2005.  No further extensions of time will be granted but for substantial cause.

DATED:  6/10/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
neig0156.36s