IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALLEN NEIGHBORS,

    Plaintiff,                          No. CIV S-05-0156 GEB GGH P

    vs.

QUENTIN CAMPBELL, et al.,

    Defendants.                     <u>ORDER</u>

                                                  /

        Plaintiff has requested an extension of time to file his objections to the October 31, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 22, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file his objections to the October 31, 2006 findings and recommendations.

DATED: 1/8/07

                                             /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:bb
neigh0156.36